**STATE of Missouri, Respondent,**

v.

**Daniel BROTHERS, Appellant.**

No. 67504.

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 16, 1996.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, William J. Bryan, Assistant Attorney General, Jefferson City, for Respondent.

Before KAROHL, Acting P.J., and PUDLOWSKI and CRANDALL, JJ.

## ORDER

PER CURIAM.

Defendant appeals after verdict, conviction and sentence as a prior and persistent offender on charge of robbery second degree. Section 569.030 RSMo 1986. We affirm.

Finding no jurisprudential purpose in publishing a written opinion, we issue this summary order. Rule 30.25(b).